UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **PARKER, SMITH & FEEK, INC.**, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. REPH**, individually and his marital community, **WALTER R. WINTER**, individually and his marital community, AND **JEFFREY A. COLBY**, individually and his marital community,<br><br>Defendants. | Case No. 2:19-cv-01456-TSZ<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO REVISE CASE SCHEDULE** |

This MATTER comes before the Court on the parties' second stipulated motion to extend the deadline for disclosure of expert testimony under FRCP 26(a)(2) from April 13, 2020 to July 13, 2020, docket no. 39. The Court has considered the parties' stipulated motion and the pleadings and records on file in this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' request to extend the deadline for disclosure of expert testimony under FRCP 26(a)(2) is granted. The deadline for disclosure of expert testimony under FRCP 26(a)(2) is rescheduled to July 13, 2020. All other deadlines shall remain the same.

IT IS SO ORDERED this 8th day of April, 2020.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION TO REVISE CASE SCHEDULE – 1

Case No. 2:19-cv-01456-TSZ

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
425-454-4233

Presented By:

SEBRIS BUSTO JAMES

*s/Matthew R. Kelly*
Darren A. Feider, WSBA #22430
dfeider@sebrisbusto.com
Matthew R. Kelly, WSBA #48050
mkelly@sebrisbusto.com
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
Attorneys for Plaintiff

STOEL RIVES LLP

*s/Todd A. Hanchett*
Todd A Hanchett, WSBA #33999
todd.hanchett@stoel.com
J. Scott Pritchard, WSBA #50761
scott.pritchard@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101-4109
(206) 624-0900

Margaret E. Dalton, MN #387357 *(admitted pro hac vice)*
maggie.dalton@stoel.com
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 373-8800
Attorneys for Defendants

ORDER GRANTING MOTION TO REVISE CASE SCHEDULE – 2

Case No. 2:19-cv-01456-TSZ

105966188.1 0046713-00009

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
425-454-4233