UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **PARKER, SMITH & FEEK, INC.**, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. REPH**, individually and his marital community, **WALTER R. WINTER**, individually and his marital community, AND **JEFFREY A. COLBY**, individually and his marital community,<br><br>Defendants. | Case No. 2:19-cv-01456-TSZ<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Parker, Smith & Feek, Inc. ("PSF") respectfully moves the Court for leave to amend its Complaint for Damages and Injunctive Relief to (i) specify an additional contract provision that PSF alleges Defendants breached and (ii) assert its federal and state law trade secret claims, which are currently asserted against only Defendants Michael J. Reph and Walter R. Winter, against Defendant Jeffrey A. Colby. PSF has conferred with counsel for Defendants, who has stipulated to this request. PSF's proposed First Amended Complaint is attached as Exhibit A.

//

STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE AMENDED COMPLAINT – 1
No. 2:19-cv-01456-TSZ

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

DATED this 9th day of April, 2020.

SEBRIS BUSTO JAMES

 s/Darren A. Feider
Darren A. Feider, WSBA #22430
dfeider@sebrisbusto.com
Matthew R. Kelly, WSBA #48050
mkelly@sebrisbusto.com
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
Attorneys for Plaintiff

Stipulated and agreed:

STOEL RIVES LLP

 s/Todd A. Hanchett
Karen L. O'Connor, WSBA #27012
karen.oconnor@stoel.com
Todd A. Hanchett, WSBA #33999
todd.hanchett@stoel.com
J. Scott Pritchard, WSBA #50761
scott.pritchard@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101-4109
(206) 624-0900
Attorneys for Defendants

**ORDER**

Plaintiff's Motion to File an Amended Complaint, docket no. 41, is GRANTED. Plaintiff is DIRECTED to electronically file its Amended Complaint within ten (10) days of the date of this Order.

Dated this 10th day of April, 2020.

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE AMENDED COMPLAINT – 2
No. 2:19-cv-01456-TSZ

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005