UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARKER SMITH & FEEK INC., | |
| Plaintiff, | |
| v. | C19-1456 TSZ |
| MICHAEL J. REPH, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Pursuant to the parties' stipulation, docket no. 50, the remaining deadlines in the case are continued as follows:

| **JURY TRIAL DATE** | **January 25, 2021** |
|---|---|
| Discovery motions filing deadline | August 13, 2020 |
| Fact discovery completion deadline | September 11, 2020 |
| Disclosure of expert witness testimony under FRCP 26(a)(2) | September 11, 2020 |
| Expert witness discovery completion deadline | October 23, 2020 |

MINUTE ORDER - 1

| | |
|---|---|
| Dispositive motions filing deadline | October 29, 2020 |
| Daubert motions filing deadline | November 5, 2020 |
| Motions in limine filing deadline | December 24, 2020 |
| Trial briefs, jury instructions, proposed voir dire, and pretrial order due | January 8, 2021 |
| Pretrial conference | January 15, 2021 at 1:30 p.m. |

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2