The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

**PARKER, SMITH & FEEK, INC.**, a Washington corporation,

   Plaintiff,

v.

**MICHAEL J. REPH**, individually and his marital community, **WALTER R. WINTER**, individually and his marital community, AND **JEFFREY A. COLBY**, individually and his marital community,

   Defendants.

Case No. 2:19-cv-01456-TSZ

**ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION TO PERFECT SETTLEMENT**

This MATTER comes before the Court on the parties' stipulated motion for an extension to perfect settlement, docket no. 55. The Court has considered the parties' stipulated motion and the pleadings and records on file in this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' request for an extension to perfect settlement is granted.  In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within 30 days of the date of this Order.

IT IS SO ORDERED this 21st day of August, 2020.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION TO PERFECT SETTLEMENT – 1
No. 2:19-cv-01456-TSZ

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

Presented By:

SEBRIS BUSTO JAMES

*s/Darren Feider*
Darren A. Feider, WSBA #22430
dfeider@sebrisbusto.com
Matthew R. Kelly, WSBA #48050
mkelly@sebrisbusto.com
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233

Attorneys for Plaintiff

STOEL RIVES LLP

*s/Todd Hanchett*
Karen L. O'Connor, WSBA #27012
karen.oconnor@stoel.com
Todd A Hanchett, WSBA #33999
todd.hanchett@stoel.com
J. Scott Pritchard, WSBA #50761
scott.pritchard@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101-4109
(206) 624-0900

Attorneys for Defendants

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION TO
PERFECT SETTLEMENT – 2
No. 2:19-cv-01456-TSZ

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005